# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1379 | **DATE** | 9/27/2012 |
| **CASE TITLE** | Temtex Industries, Inc. vs. TPS Associates, LLC, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held on 9/27/2012 for Harold Rotman to appear. Harold Rotman failed to appear in court as directed and any defenses he has asserted are stricken. Civil case terminated.

Notices mailed by Judicial staff.

00:02

| | Courtroom Deputy Initials: | MD |
|---|---|---|